# In the United States District Court
## Western District Of Arkansas
_____ Division

Jonathan Wayne Ralston
27174

*(In the space above enter your full name and Prison ID*
*Number, if any.* **Do not include your Social Security Number)**.

-against-

Casey Jones, Mark Lindsey, Corey
Anderson, Leana Houston, Matthew Durrett,
Denny Hyslip, Prosacutor Office & Staff
and Public Defenders Office & staff

*(In the space above enter the full name of each Defendant)*

**Case**
**No.** _____
(To be filled out by Clerk's
Office only)

**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

## I.   PLAINTIFF INFORMATION

Jonathan Wayne Ralston                                          Jon
Name (First, Middle, Last)                                     Aliases

27174
Prisoner ID #, if any

Washington County Detention Center
Place of Detention or Incarceration

**Page 1 of 11**

1155 W. Clydesdale Dr,

Address *(If detained, facility address)*

Washington, Fayetteville    AR    72701

County, City    State    Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____

_____

—

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:    Jones, Casey

Name (Last, First)

Judge

Current Job Title

176 S. Church Ave, Suite 1

Current Work Address

Washington, Fayetteville Ar    72701

County, City    State    Zip Code

Defendant 2:    Lindsey    Mark

Name (Last, First)

*Judge*
Current Job Title

*280 N. College Ave,*
Current Work Address

*Washington, Fayetteville Ar          72701*
County, City                          State          Zip Code

Defendant 3: *Anderson          Corey*
Name (Last, First)

*Prosecuting Attorney*
Current Job Title

*280 N. College Ave. Suite 301*
Current Work Address

*Washington, Fayetteville Ar          72701*
County, City                          State          Zip Code

Defendant 4: *Houston          Lea. a*
Name (Last, First)

*Public Def. Jer*
Current Job Title

*122 V. College Ave*
Current Work Address

*Washington, Fayetteville Ar          72701*
County, City                          State          Zip Code

See Attachment One for more.

Attachment One

## III Defendant (s) Information

Durrett    Matthew
Name (Last, First)
Prosecuting Attorney
Current Job Title
280 N. College Ave. Suite 301
Current Work Address
Washington, Fayetteville    Ar    72701
County, City            State    Zip Code


Hyslip        Denny
Name (Last, First)
Public Defender
Current Job Title
123 N. College Ave.
Current Work Address
Washington, Fayetteville    Ar    72701
County, City            State    Zip Code


Lamb    Brian
Name (Last, First)
Prosecuting Attorney
Current Job Title
280 N. College Ave. Suite 301
Current Work Address
Washington, Fayetteville    AR    72701
County, City            State    Zip Code

Over

Bell          Hannah
Name (Last, First)
Prosecuting Attorney
Current Job Title
280 N. College Ave. Suite 301
Current Work Address
Washington, Fayetteville      AR          72701
County, City                  State       Zip Code


Prosecutors  Office + Staff
Name (Last, First)
Prosecuting Attorney's
Current Job Title
280 N. College Ave. Suite 301
Current Work Address
Washington, Fayetteville      Ar          72701
County, City                  state       Zip Code


Public Defenders Office + Staff
Name (Last, First)
Public Defender Attorney's
Current Job Title
123 N. College Ave
Current Work Address
Washington, Fayetteville      Ar          72701
County, City                  state       Zip Code

## IV.     STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:     Washington County Detention Center

Date(s) of occurrence:  2/22/2023

Name of Each Defendant Involved:

Casey Jones, Matthew Durrett, Denny Hyslip, Prosacutors Office + Staff and Public Defenders Office and Staff.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Rights where violated

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? |
|---|

On 2/22/2023 at my 8.1 hearing Judge Casey Jones violated my civil rights by calling me "Menace to Society" which is a Defamation of character and a profile against me. do to my past cases. Matthew Durrett is over the prosacuting Attorney's /Office and is responsable

| | |
|---|---|
| **Who did what?** | for there actions for not standing up for my civil and constitutional rights. Denny Hyslip is over the Public Defenders Office and is responsable for there actions for not standing up for my civil and Consitational rights. |
| **How were you injured?** | |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Fior the Violation of my constitutional and civil rights, profiling and for not stand up for my constitutaional and civil right.

**Claim Number 2:**

Place(s) of occurrence:     Washington County Detention Center

Date(s) of occurrence: 10/19/22 to the present

Name of Each Defendant Involved:

Mark Lindsey, Casey Jones, Brian Lamb, Hannah Bell, Corey Anderson, Leann Houston, Matthew Durrett, Denny Hyslip, Prosecutors Office and Staff, and Public Defenders Office and Staff

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Conditions of confinement.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

> Who did what?

> How were you injured?

Due to all these people I wasn't able to bond out of the Washington County Detention Center because of the bond being to high for my family to afford to get me out. Due to this I had to live in conditions that cause me to get hurt and is putting me at risk of diseases because of the toilets leaking. It is also putting my mental and physical health at risk because I can not get the medicine I need for them in the Washington County Detention Center. My Mother had a $1000 to help get me out and the Court system or people would not lower my bond to where she could afford it, because she was trying to get me out and that was all she could get together that time.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

For the violation of my rights and for the living condistion I am having to live in do to them not bowering my bond where I would not have been hurt do to me being held in the Washington County Detention Center.

**Claim Number 3:**

Place(s) of occurrence:

Date(s) of occurrence:

Name of Each Defendant Involved:

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? |
| --- |

| Who did what? |
| --- |

| How were you injured? |
| --- |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I want them to also be responsable for my injuries do to them keeping me in jail on a high bond where my family, friends nor I could afford to get me out of here. I want money for the physical pain, suffering, medical bills and my mental stress it has put on me. I want them punished by being repremanded for there neglect, inhumain treatment, misconduct and the violations of my civil and constitutional rights. I also want compensated for the medical I will have do to these problems in the future. I'm asking for 5 million on this.

part of the case.

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?    ☐ Yes    ☑ No

If yes, how many?    N/A

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

If yes, how many?    N/A

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 28, 2024
Dated                                              Plaintiff's Signature

Jonathan Wayne Ralston
Printed Name (First, MI, Last)

27174
Prison Identification #, if any.

1155 W. Clydesdale Dr.   Fayetteville   Ar   72701
Prison Address                         City                   State   Zip Code

