IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JONATHAN WAYNE RALSTON**                                                                 **PLAINTIFF**

V.                              CASE NO. 5:24-CV-5082

**JUDGE CASEY JONES; JUDGE MARK LINDSAY;
PROSECUTING ATTORNEY COREY ANDERSON;
PUBLIC DEFENDER LEANA HOUSTON;
PROSECUTING ATTORNEY MATTHEW DURRETT;
PUBLIC DEFENDER DENNY HYSLIP;
PROSECUTING ATTORNEY BRIAN LAMB;
PROSECUTING ATTORNEY HANNAH BELL;
PROSECUTORS OFFICE AND STAFF;
PUBLIC DEFENDERS OFFICE AND STAFF**                               **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that all claims in this case are **DISMISSED**, as Defendants are either immune from suit or not subject to suit under § 1983. 28 U.S.C. § 1915A(b). Further, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 24th day of May, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE